ATLANTIC COAST LINE RAILROAD CO. ET AL. *v.*
UNITED STATES ET AL.

No. 247. Decided October 8, 1962.

*Albert B. Russ, Jr., C. Baxter Jones, Herman Heyman,
W. L. Grubbs, Prime F. Osborn* and *Homer S. Carpenter*
for appellants.

*Solicitor General Cox, Assistant Attorney General
Loevinger, Robert B. Hummel, Elliott H. Moyer* and
*Robert W. Ginnane* for the United States et al.

*Charles J. Bloch, Henry J. Karison* and *R. Granville
Curry* for appellee carriers.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

MR. JUSTICE GOLDBERG took no part in the consideration
or decision of this case.

POINDEXTER *v.* McGEE ET AL.

No. 297, Misc. Decided October 8, 1962.

PER CURIAM.

The appeal is dismissed.

MR. JUSTICE GOLDBERG took no part in the consideration
or decision of this case.